1

2

3

4

5

6

7

8

9

10

11

12

Stephen B. Coleman (State Bar #021715)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 N. 85th Street, Suite 175
Scottsdale, Arizona  85255
Tel. (602) 772-5506
Fax (877) 772-1025
Steve@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendants*

David C. Kresin (State Bar #019858)
**YEN PILCH ROBAINA & KRESIN PLC**
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
dck@yprklaw.com
*Attorneys for Plaintiff*

13

14

15

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

16

17

18

19

20

21

22

| | |
|---|---|
| Yolanda Espinoza, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District,<br><br>                Defendant. | Case No: 2:24-cv-00312-SRB<br><br><br>**NOTICE OF SETTLEMENT** |

23

24

25

26

27

28

        The parties hereby provide notice that they have reached a settlement in principle in this matter. However, they will require additional time to finalize the settlement documentation. The parties anticipate filing a notice of dismissal within 30 days.

/ / /

/ / /

1

RESPECTFULLY SUBMITTED this 8th day of January, 2025.

**PIERCE COLEMAN PLLC**

By /s/ Stephen B. Coleman
    Stephen B. Coleman
    17851 N. 85th Street, Suite 175
    Scottsdale, Arizona 85260
    *Attorneys for Defendants*

**YEN PILCH ROBAINA & KRESIN PLC**

By /s/  David C. Kresin (with permission)
    David C. Kresin
    6017 North 15th Street
    Phoenix, Arizona 85014
    *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2025, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and caused a copy to be electronically transmitted to all ECF registrants.


By:  /s/ Mary Walker