IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Yolanda Espinoza, | No. CV-24-00312-PHX-SRB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Community College District, | |
| Defendant. | |

Plaintiff having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating the pretrial deadlines; the pretrial conference and the trial date.

Dated this 8th day of January, 2025.

_____
Susan R. Bolton
United States District Judge