Stephen B. Coleman (State Bar #021715)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Tel. (602) 772-5506
Fax (877) 772-1025
Steve@PierceColeman.com
Alex@Piercecoleman.com
*Attorneys for Defendant*

David C. Kresin (State Bar #019858)
**YEN PILCH ROBAINA & KRESIN PLC**
6017 North 15th Street
Phoenix, Arizona 85014
dck@yprklaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Espinoza, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Maricopa County Community College District,<br><br>　　　　Defendant. | Case No: 2:24-cv-00312-SRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Yolanda Espinoza and Defendant Maricopa County Community College District hereby stipulate to the dismissal of all claims in this matter with prejudice, with each party to bear its own attorneys' fees and costs.

1

RESPECTFULLY SUBMITTED this 17th day of January 2025.

**PIERCE COLEMAN PLLC**

By /s/ Stephen B. Coleman
   Stephen B. Coleman
   Alexandra N. Cayton
   17851 North 85th Street, Suite 175
   Scottsdale, Arizona 85255
   *Attorneys for Defendant*

**YEN PILCH ROBAINA & KRESIN PLC**

By /s/ David C. Kresin (with permission)
   David C. Kresin
   6017 North 15th Street
   Phoenix, Arizona 85014
   *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

David C. Kresin
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
dck@yprklaw.com
*Attorney for Plaintiff*

By: /s/ Mary Walker