UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Espinoza, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>Maricopa County Community College District,<br><br>            Defendant. | Case No: 2:24-cv-00312-SRB<br><br>**[PROPOSED] ORDER** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

1